CHARLES H. TAGGART, as Administrator of the Estate of WINIFRED M. TAGGART, Deceased, Respondent, *v.* WILLIAM J. COLLINS, Appellant.

*Negligence — motor vehicles — child walking on State highway struck by automobile approaching from rear.*

*Taggart* v. *Collins*, 210 App. Div. 671, affirmed.

(Argued February 27, 1925; decided March 31, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 12, 1924, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, a child six years old returning from school with two other children was walking easterly on a State highway. Defendant approaching in his automobile saw the children when about one-fifth of a mile west of them. About that time they left the macadam, one child going to the north and deceased and another child to the south side where they continued their way on the dirt shoulders. The jury might have found from the evidence that defendant continued his approach within a foot or eighteen inches of the south side of the macadam without sounding his horn. As he approached the children, intestate stepped on to the macadam and was struck by the car and killed. The Appellate Division held there was a question of fact for the jury.

*Howard D. Bailey* for appellant.

*Charles N. Bulger* and *Avery S. Wright* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.